The Supreme Court docket number is SC 15697.

*Steven J. DeFrank* and *David A. Leff*, in support of the petition.

Decided May 29, 1997

STATE OF CONNECTICUT *v.*
KIM P. SCHIAPPA

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 44 Conn. App. 731 (AC 14450), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the requirement of the unavailability of the declarant was not met with respect to witness Stephen Staffy's statement?

"2. With respect to the statement of witness Gary Meier: (a) did the Appellate Court properly conclude that the defendant's claim was of constitutional magnitude under *State* v. *Golding*, 213 Conn. 233, 567 A.2d 823 (1989), and (b) if the answer to (a) is yes, did the Appellate Court properly conclude that the trial court's instructions regarding adoptive admissions by a defendant were improper?"

The Supreme Court docket number is SC 15696.

*Frederick W. Fawcett*, assistant state's attorney, in support of the petition.

*Elizabeth M. Inkster*, assistant public defender, in opposition.

Decided May 29, 1997